Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

KUUMBA MADISON,                                             )
                                                            )   Case No: _3:18-cv-06300___
                          Plaintiff(s),                     )
                                                            )   **APPLICATION FOR**
          v.                                                )   **ADMISSION OF ATTORNEY**
                                                            )   **PRO HAC VICE**
VITAL PHARMACEUTICALS, INC.,                                )   (CIVIL LOCAL RULE 11-3)
                                                            )
                          Defendant(s).                     )
                                                            )

I, _Mark E. Silvey_____, an active member in good standing of the bar of _Tennessee and Georgia_____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: _Plaintiff Kuumba Madison_____ in the above-entitled action. My local co-counsel in this case is _Jonathan Shub_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 800 S. Gay Street, Suite 1100<br>Knoxville, TN 37929 | 1600 Market Street, Suite 2500<br>Philadelphia, PA 19103 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (865) 247-0080 | (215) 238-1700 |
| My email address of record: | Local co-counsel's email address of record: |
| mark@gregcolemanlaw.com | jshub@kohnswift.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _TN13415 and GA 646837_.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: _01/15/19_

                                                            Mark E. Silvey
                                                            _____
                                                                     APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _Mark E. Silvey_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 15, 2019

                                                            _____
                                                  UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                              *October 2012*